IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL NO. 1:19-cr-00002 (RC) |
| BENG SUN KOH, | ) |
| Defendant. | ) |

**NOTICE OF COMPLIANCE WITH PARAGRAPH 5
OF THE ORDER SETTING CONDITIONS OF RELEASE**

Defendant Micheal Beng Sun Koh ("Mr. Koh"), by and through counsel, respectfully notifies the Court that Counsel for Mr. Koh has complied with the requirement to provide a copy of Mr. Koh's Declaration and the Court's Order of Release to the embassies of Singapore and Vietnam pursuant to paragraph 5 of this Court's February 27, 2019 Order Setting Conditions of Release, ECF No. 24. Copies of Counsel's communications to the staff of each respective embassy were provided to the Pretrial Services Agency for the District of Columbia on February 28, 2019.

Date: March 4, 2019                Respectfully submitted,

*/s/ Jason Silverman*
Jason Silverman, D.C. Bar No. 471673
Melissa Gomez-Nelson, D.C. Bar No. 984471
Matthew A. Lafferman, D.C. Bar No. 1026794
Dentons US LLP
1900 K Street Northwest
Washington, DC 20006
(202) 496-7500 telephone
(202) 496-7756 fax

**Counsel for Defendant Micheal Beng Sun Koh**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was delivered via the Court's electronic filing system to Jeffrey Pearlman and Jolie F. Zimmerman, counsel for the Government, this 4th day of March, 2019.

*/s/ Jason Silverman*
Jason Silverman
