# Exhibit A



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

May 23, 2019

**<u>By Courier</u>**

Jason Silverman, Esq.
Melissa Nelson Gomez, Esq.
Dentons US LLP
1900 K Street NW
Washington, DC 20006

      Re:    *United States v. Beng Sun Koh*, Criminal Case No. 19-cr-00002 (RC)

Dear Counsel:

      In compliance with our discovery obligations under Rule 16, Fed. R. Crim. P., please find enclosed one disc containing discovery materials related to the above-referenced case. This production includes emails and related materials obtained via a criminal search warrant. These documents are Bates stamped USAO-BSK-000799 – 007738. Documents in the "Images" folder are "tif" files containing an image of each page of the production with the corresponding Bates stamp on each file. Documents in the "Native" folder are the emails and attachments in their native form; the document name consists of the Bates label corresponding to the first page of the document. Lastly, documents in the "Ocr" folder are "txt" files.

      These materials are subject to the Protective Order signed by the Court on February 15, 2019.

2

If you have any questions, please do not hesitate to contact us.

                                          Sincerely,

                                          JESSIE K. LIU
                                          United States Attorney

By:         /s/
                                          Jeffrey Pearlman
                                          Jolie F. Zimmerman
                                          Assistant United States Attorneys
                                          Pearlman: 202-252-7228
                                          Zimmerman: 202-252-7220
                                          Jeffrey.Pearlman@usdoj.gov
                                          Jolie.Zimmerman@usdoj.gov

Enclosure

2