# Exhibit A



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 3, 2019

**<u>By Email</u>**

Jason Silverman, Esq.
Melissa Nelson Gomez, Esq.
Dentons US LLP
1900 K Street NW
Washington, DC 20006

    Re:    *United States v. Beng Sun Koh*, Criminal Case No. 19-cr-00002 (RC)

Dear Counsel:

In compliance with our discovery obligations under Rule 16, Fed. R. Crim. P., please find enclosed Agilent and Micromeritics transaction documents and timelines, Bates stamped USAO-BSK-028464 – 028965.  These materials are subject to the Protective Order signed by the Court on February 15, 2019.

If you have any questions, please do not hesitate to contact us.

    Sincerely,

    JESSIE K. LIU
    United States Attorney

By:    /s/
    Jeffrey Pearlman
    Jolie F. Zimmerman
    Assistant United States Attorneys
    Pearlman:  202-252-7228
    Zimmerman:  202-252-7220
    Jeffrey.Pearlman@usdoj.gov
    Jolie.Zimmerman@usdoj.gov

Enclosures